In the Matter of MOODY's INVESTORS SERVICE, Appellant, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.

Argued January 13, 1939; decided March 7, 1939.

*Richard T. Greene, James L. Dohr* and *Daniel S. Murphy* for appellant.

*William C. Chanler, Corporation Counsel (Arthur A. Segall, Sol Charles Levine* and *Edmund B. Hennefeld* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and FINCH, JJ. HUBBS and RIPPEY, JJ., dissent on the authority of *Dun & Bradstreet, Inc.,* v. *City of New York* (276 N. Y. 198).